CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 24 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| EDWARD A. JASPER, <br> A.K.A. WILLIAM A. JASPER, <br> Plaintiff, | ) <br> ) <br> ) Civil Action No. 7:08cv00011 <br> ) |
| v. | ) **FINAL ORDER** <br> ) |
| TONY ADAMS, et al., <br> Defendants. | ) By: Hon. Glen E. Conrad <br> ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); plaintiff's pleading is construed as a request to proceed in forma pauperis, and is **DENIED**; the order [docket no. 5] permitting plaintiff to apply to proceed in forma pauperis so that he may proceed without full prepayment of the filing fee is **REVOKED**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 24th day of January, 2008.

/s/ Glen E. Conrad
United States District Judge